# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TIM LAMAN,<br><br>            Plaintiff,<br><br>    v.<br><br>SAFARIKA TRAVEL, INC.,<br><br>            Defendant. | Case No.  5:23-cv-05985-EJD<br><br>**ORDER EXTENDING *NUNC PRO TUNC* DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT; CONTINUING STATUS CONFERENCE AND RELATED DEADLINES; STAYING OTHER DEADLINES**<br><br>Re: ECF No. 13 |

Pending before the Court is Plaintiff Tim Laman's Motion for Extension of Time for Defendant to File an Answer and Motion for Extension of Time to File Joint Status Report and Status Conference (the "Motion"). *See* Mot., ECF No. 13. Defendant's response to Plaintiff's complaint was initially due on December 26, 2023. *See* ECF No. 7. The Court held a status conference on February 29, 2024, at which both Plaintiff and Defendant's owner and registered agent appeared. However, Defendant has not yet formally appeared in this action. In light of Plaintiff's statements at the status conference and the present request to extend the deadline to file a response to the complaint, the Court hereby EXTENDS *nunc pro tunc* Defendant's deadline to respond to the complaint from December 26, 2023, to May 20, 2024.

The Court additionally CONTINUES the currently-scheduled status conference from May 2, 2024, to June 27, 2024, at 10:00 a.m. A joint status report is due on June 21, 2024. All other deadlines are hereby STAYED.

Plaintiff's Motion is GRANTED in accordance with this order.

**IT IS SO ORDERED.**

Dated:   April 19, 2024

EDWARD J. DAVILA
United States District Judge