

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

**FILED**

MAY 10 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

SAN JOSE CA 950

22 APR 2024 PM 4

04/22/2024
US POSTAGE $000.64⁰

NEOPOST          FIRST-CLASS MAIL

ZIP 95113
041M11277547

Karina Safari
2522 Promontory Cir.
San Ram

NIXIE          958          FE 1          0005/08/24

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 95113309599          *1656-00861-22-44



# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

TIM LAMAN,

        Plaintiff,

        v.

SAFARIKA TRAVEL, INC.,

        Defendant.

Case No.  5:23-cv-05985-EJD

**ORDER EXTENDING *NUNC PRO TUNC* DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT; CONTINUING STATUS CONFERENCE AND RELATED DEADLINES; STAYING OTHER DEADLINES**

Re: ECF No. 13

      Pending before the Court is Plaintiff Tim Laman's Motion for Extension of Time for Defendant to File an Answer and Motion for Extension of Time to File Joint Status Report and Status Conference (the "Motion"). *See* Mot., ECF No. 13. Defendant's response to Plaintiff's complaint was initially due on December 26, 2023. *See* ECF No. 7. The Court held a status conference on February 29, 2024, at which both Plaintiff and Defendant's owner and registered agent appeared. However, Defendant has not yet formally appeared in this action. In light of Plaintiff's statements at the status conference and the present request to extend the deadline to file a response to the complaint, the Court hereby EXTENDS *nunc pro tunc* Defendant's deadline to respond to the complaint from December 26, 2023, to May 20, 2024.

      The Court additionally CONTINUES the currently-scheduled status conference from May 2, 2024, to June 27, 2024, at 10:00 a.m. A joint status report is due on June 21, 2024. All other deadlines are hereby STAYED.

      Plaintiff's Motion is GRANTED in accordance with this order.

      **IT IS SO ORDERED.**

Dated:  April 19, 2024

                              EDWARD J. DAVILA
                              United States District Judge