Lauren M. Hausman (CA Bar No. 349514)
**COPYCAT LEGAL PLLC**
113 N San Vicente Blvd
Suite 232
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

Attorney for Plaintiff
TIM LAMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM LAMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>SAFARIKA TRAVEL, INC.,<br><br>    Defendant. | Civil Action No. 5:23-cv-05985-EJD<br><br>**NOTICE OF SETTLEMENT** |

    Plaintiff Tim Laman ("Plaintiff") hereby gives notice that the parties have reached a settlement in principle. The parties have executed a written settlement agreement and anticipate filing a notice of dismissal with prejudice within the next 30 days.

DATED:  August 28, 2024.                                           **COPYCAT LEGAL PLLC**

1

By: /s/ Lauren M. Hausman
Lauren M. Hausman, Esq.
Attorney for Plaintiff
Tim Laman

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Lauren M. Hausman
Lauren M. Hausman, Esq.